UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY DURLEY | CIVIL ACTION |
| VERSUS | NO: 06-5681 |
| THE OFFSHORE DRILLING COMPANY, ET AL. | SECTION: "J" (2) |

**ORDER**

The Court has reviewed the documents that defendant submitted as responsive to plaintiff's subpoena duces tecum. The Court finds that all of the submitted documents generated following defendant's receipt of the Demand Letter from plaintiff's attorney on August 22, 2006 were prepared in anticipation of litigation and are protected by the work-product privilege. Plaintiff has not satisfied the showings required by Federal Rule of Civil Procedure 26(b)(3), so these documents need not be produced. The rest are not privileged and must be produced.

Accordingly,

**IT IS ORDERED** that defendant's Motion to Quash (Doc. 9) is **GRANTED** in part and **DENIED** in part. The subpoena of documents

generated following defendant's receipt of the Demand Letter from plaintiff's attorney on August 22, 2006 are quashed. The remaining responsive documents must be produced.

New Orleans, Louisiana this the 10th day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE