UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACY DURLEY                                      CIVIL ACTION

VERSUS                                            NO: 06-5681

THE OFFSHORE DRILLING COMPANY                     SECTION: "J" (2)

**ORDER AND REASONS**

Before the Court are defendant's Motion to Stay (Doc. 53) and Motion to Amend or Certify for Appeal (Doc. 54). The motions are opposed, except as to certification. Defendant's motions amount to no more than a disagreement with this Court's finding that all persons involved in the settlement labored under a mutual mistake of fact concerning plaintiff's medical condition.

The Federal Rules of Civil Procedure do not expressly allow motions for reconsideration of an order. *Bass v. U.S. Dept. of Agric.*, 211 F.3d 959, 962 (5th Cir. 2000). If such a motion is filed within 10 days, as this motion was, it is considered under the standards of a Rule 59(e) Motion to Alter or Amend Judgment. *Tex. A&M Research Found. v. Magna Transp., Inc.*, 338 F.3d 394, 401 (5th Cir. 2003).

A Rule 59(e) motion 'calls into question the

> correctness of a judgment.' [The Fifth
> Circuit Court of Appeals] has held that such
> a motion is not the proper vehicle for
> rehashing evidence, legal theories, or
> arguments that could have been offered or
> raised before the entry of judgment. Rather,
> Rule 59(e) 'serve[s] the narrow purpose of
> allowing a party to correct manifest errors
> of law or fact or to present newly discovered
> evidence.' Reconsideration of a judgment
> after its entry is an extraordinary remedy
> that should be used sparingly.

*Templet v. HydroChem Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004)

(citations omitted). Although defendant respectfully submits that

this Court erred in its factual determination, defendant presents

the Court with nothing other than its disagreement as reason to

amend its finding and stay the case.

Defendant has not demonstrated a manifest error, and the

Court remains convinced that its findings of fact are correct.

Defendant is not entitled to the relief it seeks. Certification

for appeal is not warranted in this circumstance.

Accordingly,

**IT IS ORDERED** that defendant's Motion to Stay (Doc. 53) and

Motion to Amend or Certify for Appeal (Doc. 54) are **DENIED**.

New Orleans, Louisiana this the 5th day of April, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2